Form 3-1

## UNITED STATES COURT OF INTERNATIONAL TRADE

FORM 3

| | | |
|---|---|---|
| **WEST FRASER MILLS LTD.,** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **SUMMONS** |
| | ) | **Court No. 23-00209** |
| | ) | |
| **UNITED STATES,** | ) | |
| **Defendant.** | ) | |
| | ) | |

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



/s/ Mario Toscano
Clerk of the Court

1. Plaintiff, West Fraser Mills Ltd. ("West Fraser"), is a foreign producer and exporter of subject merchandise within the meaning of 19 U.S.C. § 1677(9)(A) and is therefore an interested party within the meaning of 19 U.S.C. § 1677(9)(A).  West Fraser was selected as a mandatory respondent and submitted questionnaire responses in the U.S. Department of Commerce's 2021 administrative review of the antidumping duty order on certain softwood lumber products from Canada.  As an interested party within the meaning of 19 U.S.C. § 1677(9)(A), and as a party to the administrative review at issue, West Fraser is entitled to commence proceedings for judicial review of the final results with the United States Court of International Trade under 19 U.S.C. § 1516a(a)(2).  West Fraser has standing to bring this action under 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c). (Name and standing of plaintiff)

2. Plaintiff contests certain factual findings and legal conclusions in the final results and amended final results issued by the Department of Commerce ("Commerce") in its 2021 administrative review of the antidumping duty ("AD") order on certain softwood lumber products from Canada.  The final results of Commerce's review were published in the Federal Register as *Certain Softwood Lumber Productions From Canada:  Final Results of Antidumping Duty Administrative Review and Final Determination of No Shipments; 2021*, 88 Fed. Reg. 50,106 (Dep't Commerce Aug. 1, 2023) ("Final Results").  *See also Certain Softwood Lumber Products from Canada: Amended Final Results of Antidumping Duty Administrative Review in Part; 2021*, 88 Fed. Reg. 61,511 (Dep't Commerce Sept. 7, 2023) ("Amended Final Results").  The factual findings and legal conclusions of the contested determination were set out primarily in the accompanying *Issues and Decision*

*Memorandum for the Final Results of the 2021 Administrative Review*, Case No. A-122-857 (July 26, 2023) ("IDM").

(Brief description of contested determination)

3. The final results of the administrative review of the antidumping duty order of Softwood Lumber from Canada and accompanying Issues and Decision Memorandum were released by the U.S. Department of Commerce on July 26, 2023 and published in the Federal Register on August 1, 2023. The final results were amended as to West Fraser Mills Ltd. and the non-selected companies and published in the Federal Register on September 7, 2023.

   (Date of determination)

4. The final results of the administrative review of the antidumping duty order of Softwood Lumber from Canada were published on August 1, 2023 (Dep't Commerce 88 Fed. Reg. 50,106) and amended September 7, 2023 88 Fed. Reg. 61,511 (Dep't Commerce Sept. 7, 2023).

   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Address, Telephone Number
and E-mail Address of Plaintiffs Attorney

_____
Signature of Plaintiff's Attorney

Donald Harrison
Gibson, Dunn & Crutcher LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5306
202-955-8500
dharrison@gibsondunn.com

October 5, 2023
Date

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018.)

106659798.3