## UNITED STATES COURT OF INTERNATIONAL TRADE

WEST FRASER MILLS LTD.,

          Plaintiffs,

v.     Court No. 23-00209

UNITED STATES,

          Defendant.

### ORDER OF DISMISSAL

Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).

          Mario Toscano
          Clerk of the Court

By:  /s/ Scott Warner
     Deputy Clerk

Date:  November 7, 2023
       New York, New York